**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD KEMONI PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>NEDELCU, et al.,<br><br>Defendants. | No. 2:21-CV-1098-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions, ECF Nos. 10 and 11, seeking a waiver of the filing fee for this case.

Plaintiff's motions are denied. A review of the docket reflects that the Court has granted Plaintiff in forma pauperis status pursuant to 28 U.S.C. § 1915(a). Under 28 U.S.C. § 1915(b)(1), prisoners who have been granted in forma pauperis status "shall be required" to make monthly payments until the filing fee is paid in full. The grant of in forma pauperis status does not constitute an order for a full fee waiver, which is not permitted under § 1915(b)(1).

IT IS SO ORDERED.

Dated: August 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1