IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEMONI PETERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>NEDELCU, et al.,<br><br>    Defendants. | No. 2:21-CV-1098-DMC-P<br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. See ECF No. 15. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

    IT IS SO ORDERED.


Dated: October 13, 2021

                    _____
                    DENNIS M. COTA
                    UNITED STATES MAGISTRATE JUDGE